UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE YOUNGBLOOD,

    Petitioner,                                     Case No. 16-CV-10768

v.                                                      HON. AVERN COHN

SHERRY BURT,

    Respondent.
_____/

## ORDER DENYING PETITIONER'S
## MOTION FOR A CERTIFICATE OF APPEABILITY (Doc. 14)

       This is a habeas case under 28 U.S.C. § 2254. Petitioner Willie Youngblood, challenged his state convictions for felon in possession of a firearm, first-degree home invasion, conspiracy to commit first-degree home invasion, assault with intent to commit murder, conspiracy to commit assault with intent to commit murder, carrying a concealed weapon with unlawful intent, and three counts of possession of a firearm in the commission of a felony. He raised claims concerning the sufficiency of the evidence, double jeopardy, denial of right to present a defense, and his sentence. The Court denied the petition for lack of merit. (Doc. 11). The Court also declined to issue a certificate of appealability. See Doc. 11 at p. 11.

       Before the Court is Petitioner's motion for a certificate of appealability (COA). (Doc. 14). Given that the Court has already denied a COA, the motion is MOOT. Furthermore, construing Petitioner's motion as a motion for reconsideration of the denial of a COA, it is DENIED. Petitioner has not established that the Court erred in determining that reasonable jurists would not debate the Court's assessment of Petitioner's claims or conclude that his claims deserve encouragement to proceed further.

       SO ORDERED.

                                                                             S/Avern Cohn
                                                                             AVERN COHN
                                                                             UNITED STATES DISTRICT JUDGE

Dated: April 18, 2017
        Detroit, Michigan